IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| CLAUDE EDWARD ISBELL | ) | |
| | ) | No. 1-12-0034 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

O R D E R

Because of a scheduling conflict, the telephone conference call with counsel for the parties and the Court, scheduled during the telephone conference held on February 27, 2013, and as reflected in the order entered March 4, 2013 (Docket Entry No. 19), on March 13, 2013, is RESCHEDULED to **Thursday, March 14, 2013 at 11:00 a.m.,** to be initiated by defendant's counsel.

If this rescheduled date and time present scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 736-5164.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge